## Ebensburg Trust Co. *v.* Pike, Appellant (No. 2).

OPINION BY MR. JUSTICE FRAZER, May 25, 1929:

As per stipulation filed by counsel for all parties that the same judgment be entered in this as is entered at No. 45, March Term, 1929, the questions involved in the two cases being the same, it is ordered that the judgment in this appeal be affirmed. (See page 462 of this volume for case No. 1.)